IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BEVERLY DUNCAN,**

    Plaintiff,

    v.                                           No. CIV-13-1066 LAM

**CAROLYN W. COLVIN, Acting Commissioner**
of the Social Security Administration,

    Defendant.

# FINAL ORDER

    **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse and Remand for Rehearing, With Supporting Memorandum (Doc. 18)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

    **IT IS SO ORDERED.**

                                                            _/s/ Lourdes A. Martinez_
                                        **THE HONORABLE LOURDES A. MARTINEZ**
                                        **UNITED STATES MAGISTRATE JUDGE**
                                        **Presiding by Consent**